CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED for Roanoke
OCT 16 2007
JOHN F. CORCORAN, CLERK
BY: Tay Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MEBLIN XIOMAR FIGUEROA,<br>　　Petitioner, | Civil Action No. 7:07CV00329 |
| v. | **FINAL ORDER** |
| UNITED STATES OF AMERICA,<br>　　Respondent. | By: Hon. Norman K. Moon<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that respondent's motion to dismiss shall be and hereby is **GRANTED**; petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 and motion for summary judgment shall be and hereby are **DENIED**; and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to petitioner and to counsel of record for the respondent.

ENTER: This 16th day of October, 2007.

　　　　　　　　　　　/s/ Norman K. Moon
　　　　　　　　　　United States District Judge